## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CECILIA SOGBUYI-WHITNEY, and ANNETTE
GABAY, individually and on behalf of all
Others similarly situated,

      Plaintiffs,

        v.

GARDNER RESOURCES CONSULTING, LLC,
CAREMARK PHC LLC, CVS HEALTH
SOLUTIONS LLC, and CORAM ALTERNATE
SITE SERVICES INC.,

      Defendants.

Civil Action No.: 1:22-cv-10935

## ORDER

The Court, having considered Plaintiff's Unopposed Motion for Approval of FLSA Settlement Agreement, and finding good cause therefor, hereby Grants the Motion and orders as follows:

1.    Granting final approval of the Parties' FLSA Collective Action Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2.    Granting final certification to the Settlement Collective pursuant to 29 U.S.C. § 216(b), for settlement purposes only:

> Plaintiffs and the Opt-In Plaintiffs (*i.e.*, the individuals who as of December 16, 2022 have filed an Opt-In Consent Form with the Court in *Sogbuyi-Whitney, et al. v. Gardner Resources Consulting, LLC, et al.*, No. 1:22-cv-10935 (D. Mass.), and who are identified in the Settlement Agreement) (the "Settlement Collective").

3.    Approving the Gross Settlement Amount of $150,000.00 in resolution of this action.

1

4.  Approving the proposed service awards in the amount of $5,000.00 each to Plaintiffs Cecilia Sogbuyi-Whitney and Annette Gabay from the Gross Settlement Amount for their service to the Settlement Collective.

5.  Approving Plaintiff's unopposed request for attorneys' fees and costs, in the amount of $50,000.00, which is to be paid from the Gross Settlement Amount.

6.  Dismissing this action with prejudice upon Court approval of the settlement.

7.  Reserving exclusive and continuing jurisdiction over this action, the named Plaintiffs, and the Settlement Collective for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED.**

10-4-23

Date

Hon. Richard G. Stearns

2